UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
YUNIO TIA  
DELMYS CARBALLO

CASE NO. 04-41338-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 54.73 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 11/12/10

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

YUNIO TIA  
DELMYS CARBALLO  
5220 NW 7 STREET  
UNIT A 302  
MIAMI, FL 33126

SANDRA NAVARRO-GARCIA, ESQ.  
6337 SW 40 STREET  
MIAMI, FL 33133

INVESTIGATION & RECOVERY ASSOC, INC  
134 FRONT STREET  
BEAVER DAM WI 53916-2102

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.    04-41338-BKC-AJC
YUNIO TIA
DELMYS CARBALLO

                                          CHAPTER 13


YUNIO TIA
DELMYS CARBALLO
5220 NW 7 STREET
UNIT A 302
MIAMI, FL 33126

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133


INVESTIGATION & RECOVERY ASSOC---------$        54.73
, INC
134 FRONT STREET
BEAVER DAM, WI 53916-2102
                                          **UNDELIVERABLE/STALE
                                          CLAIM REGISTER# 4**

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130